IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. *et al.*,   Plaintiffs,   v.   DR. REDDY'S LABORATORIES, LTD., *et al.*,   Defendants. | C.A. No. 20-968 (MSG)  **CONSOLIDATED** |

**ABBVIE INC. AND GENENTECH, INC.'S
RULE 30(b)(6) NOTICE TO DR. REDDY'S
LABORATORIES, INC. AND DR. REDDY'S LABORATORIES, LTD.**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs AbbVie Inc. and Genentech, Inc. (collectively, "Plaintiffs") by their attorneys, will take the deposition upon oral examination of Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.'s (collectively, "DRL"), which shall designate one or more officers, directors, or other knowledgeable persons who consent to testify on behalf of DRL about the topics set forth in the attached Schedule A, including information in the possession, custody, and control of DRL.

The deposition will commence at a mutually agreed upon date and time, at the offices of Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, or at such other time and place as may be mutually agreed upon by the parties, and will continue from day-to-day until completed. The deposition will be conducted before a notary public or other officer duly authorized by law to administer oaths and will be recorded by videographic, stenographic, audio, and/or audiovisual means. DRL is invited to attend and cross-examine.

DRL shall provide to Plaintiffs, no later than ten (10) business days before the deposition, a written designation of the name(s) and position(s) of the agent(s) or other person(s) who consent to testify on behalf of DRL, and for each person so designated, the matters set forth in Schedule A to which the designee will testify.

Date: March 29, 2024

| OF COUNSEL: | SAUL EWING LLP |
|---|---|
| Chad J. Peterman<br>Eric W. Dittmann<br>Bruce M. Wexler<br>Scott F. Peachman<br>Katherine A. Daniel<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000<br>chadpeterman@paulhastings.com<br>ericdittmann@paulhastings.com<br>brucewexler@paulhastings.com<br>scottpeachman@paulhastings.com<br>katherinedaniel@paulhastings.com | /s/<br>James D. Taylor, Jr. (#4009)<br>Jessica M. Jones (#6246)<br>Michelle C. Streifthau-Livizos (#6584)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, Delaware 19899<br>(302) 421-6800<br>james.taylor@saul.com<br>jessica.jones@saul.com<br>michelle.streifthau-livizos@saul.com<br><br>*Attorneys for Plaintiffs AbbVie Inc. and Genentech, Inc.* |

## SCHEDULE A

### Definitions

1.  Unless otherwise specified herein, Plaintiffs hereby incorporate by reference all Definitions and Instructions set forth in Plaintiffs' First Set of Requests for the Production of Documents and Things (Nos. 1-65), dated March 15, 2021, Plaintiffs' First Set of Interrogatories (Nos. 1-8), dated March 15, 2021, Plaintiffs' Second Set of Requests for the Production of Documents and Things (Nos. 66-67), dated August 2, 2021, Plaintiffs' Second Set of Interrogatories (No. 9), dated August 2, 2021, Plaintiffs' Third Set of Requests for the Production of Documents and Things (Nos. 68-76), dated February 18, 2022, and Plaintiffs' Third Set of Interrogatories (Nos. 10-13), dated February 18, 2022.

### Topics of Examination

1.  DRL's decision to develop, seek approval for, market, or sell DRL's 10 mg, 50 mg, 100 mg venetoclax tablets that are the subject of ANDA No. 214733 ("DRL's ANDA Products"), including, but not limited to, DRL's investigation of VENCLEXTA®, DRL's evaluation of the opportunities and challenges for the development, approval, marketing, and sale of DRL's ANDA Products, and the identities of the individuals most knowledgeable about DRL's decision to develop, seek approval for, market, or sell DRL's ANDA Products.

2.  DRL's decision to file Paragraph III Certifications, Paragraph IV Certifications and/or Section VIII Statements in DRL's ANDA No. 214733, including, but not limited to, any communications with the FDA concerning such certifications and statements, any non-privileged analyses, discussions, and/or opinions relating to such certifications and statements, and the identities of the individuals most knowledgeable about DRL's decision to

file Paragraph III Certifications, Paragraph IV Certifications and/or Section VIII Statements in DRL's ANDA No. 214733.

3. Communications between DRL and FDA, with or without the presence of any third party, regarding communications or statements made by or to the FDA concerning DRL's ANDA No. 214733 and/or associated Drug Master File 33669 for venetoclax.

4. Any complete response letter or other deficiency letter that DRL has received from the FDA concerning DRL's ANDA No. 214733 and/or associated Drug Master File 33669 for venetoclax, including DRL's responses thereto.

5. Section 2.3 of DRL's ANDA No. 214733, including, but not limited to, any supplements or amendments thereto, including, but not limited to, DRL's knowledge of the factual and scientific bases for statements in any draft or final Quality Overall Summary (or any supplements or amendments thereto) and the identities of the individuals most knowledgeable about Section 2.3 of DRL's ANDA No. 214733.

6. Sections 3.2.P, 3.2.S, and 3.2.R of DRL's ANDA No. 214733, including, but not limited to, any supplements or amendments thereto, including, but not limited to, DRL's knowledge of the factual and scientific bases for statements in any draft or final "Drug Product" or "Drug Substance" Section (or any supplements or amendments thereto) and the identities of the individuals most knowledgeable about Sections 3.2.P, 3.2.S, and 3.2.R of DRL's ANDA No. 214733.

7. The composition of DRL's ANDA Products, including the identity, solid state form, and quantity of any API or formulation component that is used in DRL's ANDA Products, including the identity, solid state form, and quantity of any API or formulation component within an intra granular or extra granular portion of DRL's ANDA Products.

8. DRL's manufacture of DRL's ANDA Products, including the API that is used in DRL's ANDA Products, and the reasons for selecting the manufacturing process and any other manufacturing processes for DRL's ANDA Products that were considered during the research and development of DRL's ANDA Products.

9. Any use of hot-melt extrusion to manufacture DRL's ANDA Products, including any such process steps related to hot-melt extrusion and any API or formulation components used in DRL's ANDA Products that are involved in any such process steps.

10. Any solid dispersion in DRL's ANDA Products, including the contents of any such solid dispersion in DRL's ANDA Products.

11. Testing, characterization, analyses, or studies of DRL's ANDA Products and the venetoclax in DRL's ANDA Products (including testing, characterization, analyses, or studies performed or conducted during the manufacture of DRL's ANDA Products or the venetoclax in DRL's ANDA Products), including, but not limited to, analytical data and results from X-ray diffraction analysis, testing methodologies, and the identities of the individuals most knowledgeable about the testing, characterization, analyses, or studies of DRL's ANDA Products and the venetoclax in DRL's ANDA Products.

12. Each solid state form of venetoclax, whether a crystalline form or a non-crystalline form, that DRL considered, evaluated, or tested in connection with the development of DRL's ANDA Products, including, but not limited to, (i) the circumstances and results of any testing, (ii) discussions regarding the characteristics of each form, (iii) the reasons for considering and selecting or not selecting each form considered for use in DRL's ANDA Products, and (iv) the individuals most knowledgeable about each solid state form of

venetoclax that DRL considered, evaluated, or tested in connection with the development of DRL's ANDA Products.

13. Any and all efforts by DRL to design around or develop an alternative to the inventions claimed in the Asserted Patents, including any such efforts directed to designing around or developing an alternative to the subject matter of any pending claims in any patent applications that lead to the Asserted Patents.

14. DRL's proposed marketing and sales of DRL's ANDA Products, including analyses of the market for VENCLEXTA®, comparisons between VENCLEXTA®, DRL's ANDA Products, any other venetoclax product, DRL's actual or contemplated plans and strategy to sell and/or market DRL's ANDA Products, and any sales forecasts and/or market share projections or analyses for VENCLEXTA® or DRL's ANDA Products, including the identities of individuals, whether employees of DRL or third parties, with responsibilities for the proposed marketing and sales of any venetoclax product.

15. All research and development regarding DRL's ANDA Products, and the venetoclax API that is used in DRL's ANDA Products, including, but not limited to, all actual or contemplated tests, analytical tests, and clinical or preclinical tests, studies, evaluations, analyses, or trials conducted on DRL's ANDA Products, DRL's venetoclax API, or any venetoclax product that DRL may have considered or used leading up to, and including, the development of DRL's ANDA Products, including, but not limited to, the identity of all individuals, whether employees of DRL or third parties, having a role in the tests, studies, evaluations, analysis or trials.

16. Any consideration, review, or analysis of VENCLEXTA® including, but not limited to, the properties, characterization, or testing of VENCLEXTA® or the methods of manufacturing VENCLEXTA®.

17. The proposed package inserts, packaging, labeling for DRL's ANDA Products, including communications concerning the content of the package inserts and labeling and any related documents, DRL's decision of which information to retain in the proposed package inserts, packing, and labeling submitted to FDA for DRL's ANDA Products, and the identities and respective responsibilities of the individual(s), whether employees of DRL or third parties, who were or are involved in their preparation.

18. The clinical properties and the intended clinical use and administration of DRL's ANDA Products.

19. Praise or criticism of, or skepticism for, VENCLEXTA®.

20. The circumstances under which DRL first became aware of the Asserted Patents, including but not limited to, the timing and identification of the individuals who first learned of the Asserted Patents.

21. DRL's Notice Letters, including the Notice Letter dated August 29, 2022, including the preparation of DRL's Notice Letters, the bases for the statements in DRL's Notice Letters and the documents and information relied upon or considered in connection with the preparation of DRL's Notice Letters.

22. DRL's consideration, research, analysis, and/or investigation of any Prior Art to the Asserted Patents, as well as the identities of any individual involved in any such consideration, research, analyses, and/or investigation.

23. DRL's interactions with Defendants Alembic Pharmaceuticals Ltd., Alembic Pharmaceuticals, Inc., and Alembic Global Holding SA (collectively, "Alembic") in preparing the papers for Case Nos. PGR2022-00023 and IPR2023-00052, including any communications between DRL and Alembic.

24. The subject matter of DRL's U.S. patent application publication Nos. US2019/0185471 and US2022/0251080 and how they relate, if at all, to DRL's ANDA No. 214733 and/or associated Drug Master File 33669 for venetoclax.

25. DRL's marketing of DRL's venetoclax API in Drug Master File 33669 for venetoclax, including any marketing plans and/or forecasts of sales, revenues, costs, projected indications, and/or profits for the marketing and sale of DRL's venetoclax API.

## CERTIFICATE OF SERVICE

I, Michelle C. Streifthau-Livizos, hereby certify that on this 29th day of March, 2024 the within Notice of Deposition was served upon all counsel of records via email and CM/ECF as follows:

Neal C. Belgam
Daniel A. Taylor
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Constance S. Huttner
Anandita Vyakarnam
Amlan Ray
Windels Marx Lane & Mittendorf, LLP
One Giralda Farms, Suite 100
Madison, NJ 07940
(973) 966-3200
chuttner@windelsmarx.com
avyakarnam@windelsmarx.com
aray@windelsmarx.com

Autumn N. Nero
Perkins Coie LLP
33 East Main Street Suite 201
Madison, WI 53703-3095
ANero@perkinscoie.com

Brandon M. White
Christopher D. Jones
Perkins Coie LLP
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
BMWhite@perkinscoie.com
CDJones@perkinscoie.com

Anne Shea Gaza
Samantha G. Wilson
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

Dennies Varughese, Pharm.D.
Adam C. LaRock
Grace Tuyiringire
Tyler C. Liu
Sasha S. Rao
Sterne, Kessler, Goldstein
& Fox P.L.L.C.
1101 K Street, N.W.
10th Floor
Washington, D.C. 20005
(202) 371-2600
dvarughese@sternekessler.com
alarock@sternekessler.com
rstout@sternekessler.com
gtuyiringire@sternekessler.com
tliu@sternekessler.com
srao@sternekessler.com

Dated: March 29, 2024

*/s/Michelle C. Streifthau-Livizos*
Michelle C. Streifthau-Livizos (#6584)