IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. and GENENTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD., and DR. REDDY'S LABORATORIES, INC., et al., <br><br> Defendants. | C.A. No. 20-968-MSG <br> (consolidated) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that Defendants' deadline to serve their final supplementation of invalidity references and final invalidity contentions for All Asserted Patents (D.I. 239 at 2) is extended from July 19, 2024 to July 26, 2024. All other deadlines and provisions in the Amended Scheduling Order (D.I. 239) remain unchanged, including the September 27, 2024 close of fact discovery for All Asserted Patents.

Dated: July 18, 2024

| | |
|---|---|
| SAUL EWING LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Michelle C. Streifthau-Livizos* <br> James D. Taylor, Jr. (No. 4009) <br> Jessica M. Jones (No. 6246) <br> Michelle C. Streifthau-Livizos (No. 6584) <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, Delaware 19899 <br> (302) 421-6800 <br> james.taylor@saul.com <br> jessica.jones@saul.com | */s/ Samantha G. Wilson* <br> Anne Shea Gaza (No. 4093) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> swilson@ycst.com |

michelle.strefthau-livizos@saul.com

*Attorneys for Plaintiffs AbbVie Inc. and Genentech, Inc.*

*Attorneys for Defendants Alembic Pharmaceuticals Ltd., Alembic Pharmaceuticals, Inc., and Alembic Global Holding SA*

SMITH, KATZENSTEIN & JENKINS LLP

<u>/s/  Daniel A. Taylor</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

SO ORDERED this _____ day of _____, 2024.

_____
United States District Judge