IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC., et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>DR. REDDY'S LABORATORIES, LTD., et al.,<br><br>    Defendants. | C.A. No. 20-968-MSG<br>(consolidated) |
| ABBVIE INC., et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>ALEMBIC PHARMACEUTICALS LTD., et al.,<br><br>    Defendants. | C.A. No. 20-1009-MSG |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 26, 2024, the following was served on the counsel listed below in the manner indicated:

 1) Alembic's Separate and Confidential Final Invalidity Contentions for U.S. Patent No. 11,369,599

**BY EMAIL:**

James D. Taylor, Jr.
Jessica M. Jones
Michelle C. Streifthau-Livizos
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19899
*james.taylor@saul.com*
*jessica.jones@saul.com*

Chad J. Peterman
Eric W. Dittmann
Bruce M. Wexler
Ashley N. Mays-Williams
Katherine A. Daniel
Krystina L. Ho
Scott F. Peachman
Amanda Hoffman

<table>
<tr><td>

*michelle.streifthau-Livizos@saul.com*

*Attorneys for Plaintiffs AbbVie Inc. and Genentech, Inc.*

</td><td>

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
*chadpeterman@paulhastings.com*
*ericdittmann@paulhastings.com*
*brucewexler@paulhastings.com*
*ashleymayswilliams@paulhastings.com*
*katherinedaniel@paulhastings.com*
*krystinaho@paulhastings.com*
*scottpeachman@paulhastings.com*
*amandahoffman@paulhastings.com*

</td></tr>
</table>

PLEASE TAKE FURTHER NOTICE that on July 26, 2024, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

Dated: July 26, 2024

<table>
<tr><td>

OF COUNSEL:

Dennies Varughese, Pharm.D.
Adam C. LaRock
Sasha S. Rao
Tyler C. Liu
Paige Cloud
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
alarock@sternekessler.com
srao@sternekessler.com
tliu@sternekessler.com
pcloud@sternekessler.com

</td><td>

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendants/Counterclaim Plaintiffs Alembic Pharmaceuticals Ltd., Alembic Pharmaceuticals, Inc., and Alembic Global Holding SA*

</td></tr>
</table>

2