# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. and GENENTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD., and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | C.A. No. 20-968-MSG <br> (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 26, 2024, the following were served on the counsel listed below in the manner indicated:

1) Defendants' Final Invalidity Contentions for U.S. Patent No. 11,590,128

2) Defendants' Final Invalidity Contentions for U.S. Patent No. 11,369,599

3) Defendants' Final Invalidity Contentions for U.S. Patent Nos. 10,993,942 and 11,110,087

**BY EMAIL:**

James D. Taylor, Jr.
Jessica M. Jones
Michelle C. Streifthau-Livizos
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19899
*james.taylor@saul.com*
*jessica.jones@saul.com*
*michelle.streifthau-Livizos@saul.com*

Chad J. Peterman
Eric W. Dittmann
Bruce M. Wexler
Ashley N. Mays-Williams
Katherine A. Daniel
Krystina L. Ho
Scott F. Peachman
Amanda Hoffman
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
*chadpeterman@paulhastings.com*

|  |  |
|---|---|
| | ericdittmann@paulhastings.com<br>brucewexler@paulhastings.com<br>ashleymayswilliams@paulhastings.com<br>katherinedaniel@paulhastings.com<br>krystinaho@paulhastings.com |
| *Attorneys for Plaintiffs AbbVie Inc. and Genentech, Inc.* | scottpeachman@paulhastings.com<br>amandahoffman@paulhastings.com |

PLEASE TAKE FURTHER NOTICE that on July 26, 2024, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

|  |  |
|---|---|
| Dated: July 26, 2024 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | */s/ Samantha G. Wilson* |
| Dennies Varughese<br>Adam C. LaRock<br>Sasha Rao<br>Tyler Liu<br>Paige E. Cloud<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street, NW, 10th Floor<br>Washington, DC 20005<br>dvarughese@sternekessler.com<br>alarock@sternekessler.com<br>srao@sternekessler.com<br>tliu@sternekessler.com<br>pcloud@sternekessler.com | Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs Alembic Pharmaceuticals Ltd., Alembic Pharmaceuticals, Inc., and Alembic Global Holding SA* |