# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. and GENENTECH, INC.,<br><br>   Plaintiffs,<br><br>   v.<br><br>DR. REDDY'S LABORATORIES, LTD. and<br>DR. REDDY'S LABORATORIES, INC.,<br><br>   Defendants. | C.A. No. 20-968-MSG |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on August 2, 2024, Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL") served their confidential Second Supplemental Responses and Objections to Plaintiffs' Third set of Interrogatories (Nos. 10-13) on the following counsel for Plaintiffs via electronic mail:

James D. Taylor, Jr.
Jessica M. Jones
Michelle C. Streifthau-Livizos
**SAUL EWING ARSTEIN & LEHR LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
James.Taylor@saul.com
Jessica.Jones@saul.com
Michelle.Streifthau-Livizos@saul.com

2

Dated: August 2, 2024

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd., and*
*Dr. Reddy's Laboratories, Inc.*