# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) C.A. No. 20-968 (MSG) |
| DR. REDDY'S LABORATORIES, LTD., *et al.*, | ) ) ) |
| Defendants. | ) **CONSOLIDATED** ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the appearance of Katherine A. Daniel as counsel for Plaintiffs AbbVie, Inc. and Genentech, Inc. is hereby withdrawn. Saul Ewing LLP and Paul Hastings LLP will continue to represent AbbVie, Inc. and Genentech, Inc.

Dated: August 8, 2024

OF COUNSEL:

Chad J. Peterman
Eric W. Dittmann
Bruce M. Wexler
Ashley N. Mays-Williams
Scott F. Peachman
Katherine A. Daniel
Krystina L. Ho
Amanda E. Hoffman
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
chadpeterman@paulhastings.com
ericdittmann@paulhastings.com
brucewexler@paulhastings.com
ashleymayswilliams@paulhastings.com
scottpeachman@paulhastings.com
katherinedaniel@paulhastings.com
krystinaho@paulhastings.com
amandahoffman@paulhastings.com

**SAUL EWING LLP**

/s/ *Michelle C. Streifthau-Livizos*
James D. Taylor, Jr. (#4009)
Jessica M. Jones (#6246)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
(302) 421-6800
james.taylor@saul.com
jessica.jones@saul.com
michelle.streifthau-livizos@saul.com

*Attorneys for Plaintiffs AbbVie Inc. and Genentech, Inc.*