

Michelle C. Streifthau-Livizos<br>
Phone: (302) 421-6819<br>
Fax: (302) 421-6813<br>
michelle.streifthau-livizos@saul.com<br>
www.saul.com

August 9, 2024

**VIA CM/ECF**

The Honorable Mitchell S. Goldberg
United States District Court for the Eastern District of Pennsylvania
17614 U.S. Courthouse
601 Market Street
Philadelphia, PA

    Re:    *AbbVie Inc. et al. v. Dr. Reddy's Laboratories, Ltd. et al.*
              C.A. No. 20-968-MSG (D. Del.)

Dear Judge Goldberg:

    I write on behalf of all parties in the above-referenced matter regarding the parties' joint efforts to simplify this matter (D.I. 238).

    The parties have exchanged narrowing proposals and continue to discuss whether they can reach agreement on ways to simplify the case before this Court. The parties propose submitting a joint status update regarding these continued efforts to the Court on or by August 16, 2024, in advance of the upcoming close of Fact Discovery in this matter (D.I. 239).

    The parties respectfully request that the Court enter the enclosed proposed stipulation, attached hereto as Exhibit 1, permitting the parties to submit a joint status update regarding these continued efforts to the Court on or by August 16, 2024.

    Counsel are available at the Court's convenience.

              Respectfully,

              */s/ Michelle C. Streifthau-Livizos*

              Michelle C. Streifthau-Livizos (#6584)

Enclosure (Proposed Stipulation)

August 9, 2024
Page 2

cc. All counsel of record via CM/ECF