IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) C.A. No. 20-968 (MSG) |
| DR. REDDY'S LABORATORIES, LTD. *et al.*, | ) |
| | ) |
| Defendants. | ) CONSOLIDATED |

## STIPULATION AND ORDER

WHEREAS, following a Status Conference on May 16, 2024, the Court ordered the parties to jointly file a proposed scheduling order for the Court's consideration (D.I. 236);

WHEREAS, the parties have met and conferred regarding a proposal to limit the upcoming *Daubert* motions as part of their proposed scheduling order (D.I. 238);

WHEREAS, the Court granted the parties' proposed scheduling order on June 7, 2024 (D.I. 239);

WHEREAS, the parties agreed in a joint letter to the Court to continue discussing other ways to simplify the case beyond the ordered limits on *Daubert* motions (D.I. 238);

WHEREAS, the parties proposed submitting a joint status update regarding these simplification efforts to the Court on or by August 2, 2024 (D.I. 238);

WHEREAS, the Court granted the parties' stipulation to extend the deadline for submitting a joint status update regarding these simplification efforts to the Court on or by August 9, 2024 (D.I. 247).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the parties will submit a joint status update regarding their continued efforts to simplify the case to the Court on or by August 16, 2024.  All other deadlines and provisions in the Amended Scheduling Order (D.I. 239) remain unchanged, including the September 27, 2024 close of fact discovery for All Asserted Patents.

Dated: August 9, 2024

| SAUL EWING LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Michelle C. Streifthau-Livizos*<br>James D. Taylor, Jr. (No. 4009)<br>Jessica M. Jones (No. 6246)<br>Michelle C. Streifthau-Livizos (#6584)<br>1201 N. Market Street, Suite 2300<br>Wilmington, Delaware 19899<br>(302) 421-6800<br>james.taylor@saul.com<br>jessica.jones@saul.com<br>michelle.strefthau-livizos@saul.com<br><br>*Attorneys for Plaintiffs AbbVie Inc. and Genentech, Inc.* | */s/  Samantha G. Wilson*<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendants Alembic Pharmaceuticals Ltd., Alembic Pharmaceuticals, Inc., and Alembic Global Holding SA*<br><br>SMITH, KATZENSTEIN & JENKINS LLP<br><br>*/s/  Daniel A. Taylor*<br>Neal C. Belgam (No. 2721)<br>Daniel A. Taylor (No. 6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com |

*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.*

**IT IS SO ORDERED** this <u>12</u> day of August, 2024.

                                            */s/ Mitchell S. Goldberg*
                                            UNITED STATES DISTRICT JUDGE