# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 20-968 (MSG) |
| DR. REDDY'S LABORATORIES, LTD., *et al.*, | ) |
| | ) |
| | ) **CONSOLIDATED** |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 23rd day of August 2024, Plaintiff AbbVie Inc. served *Plaintiff AbbVie's Objections and Responses to Defendants' Notice of Rule 30(b)(6) Deposition of Plaintiffs* upon counsel as follows:

Anne Shea Gaza
Samantha G. Wilson
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

Dennies Varughese, Pharm.D.
Adam C. LaRock
Grace Tuyiringire
Sasha S. Rao
Sterne, Kessler, Goldstein
& Fox P.L.L.C.
1101 K Street, N.W.
10th Floor
Washington, D.C. 20005
(202) 371-2600
dvarughese@sternekessler.com
alarock@sternekessler.com
gtuyiringire@sternekessler.com
srao@sternekessler.com

52912658.1

| | |
|---|---|
| Dated: August 23, 2024 | **SAUL EWING LLP** |
| | |
| | <u>/s/ Michelle C. Streifthau-Livizos</u> |
| OF COUNSEL: | James D. Taylor, Jr. (#4009) |
| | Jessica M. Jones (#6246) |
| Chad J. Peterman | Michelle C. Streifthau-Livizos (#6584) |
| Eric W. Dittmann | 1201 N. Market Street, Suite 2300 |
| Bruce M. Wexler | Wilmington, DE 19899 |
| Ashley N. Mays-Williams | (302) 421-6800 |
| Scott F. Peachman | james.taylor@saul.com |
| Katherine A. Daniel | jessica.jones@saul.com |
| Krystina L. Ho | michelle.streifthau-livizos@saul.com |
| Amanda E. Hoffman | |
| PAUL HASTINGS LLP | *Attorneys for Plaintiffs AbbVie Inc.* |
| 200 Park Avenue | *and Genentech, Inc.* |
| New York, New York  10166 | |
| (212) 318-6000 | |
| chadpeterman@paulhastings.com | |
| ericdittmann@paulhastings.com | |
| brucewexler@paulhastings.com | |
| ashleymayswilliams@paulhastings.com | |
| scottpeachman@paulhastings.com | |
| katherinedaniel@paulhastings.com | |
| krystinaho@paulhastings.com | |
| amandahoffman@paulhastings.com | |