# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DR. REDDY'S LABORATORIES, LTD., *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 20-968 (MSG)<br>)<br>)<br>)  **CONSOLIDATED**<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 28th day of August 2024, Plaintiffs AbbVie Inc. and Genentech, Inc. served *Plaintiffs' Fourth Set of Interrogatories (Nos. 14-15)* and *Plaintiffs' First Set of Requests for Admissions (Nos. 1-13)* upon counsel as follows:

Neal C. Belgam
Daniel A. Taylor
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Constance S. Huttner
Anandita Vyakarnam
Amlan Ray
Windels Marx Lane & Mittendorf, LLP
One Giralda Farms, Suite 100
Madison, NJ 07940
(973) 966-3200
chuttner@windelsmarx.com
avyakarnam@windelsmarx.com
aray@windelmarx.com

Autumn N. Nero
Perkins Coie LLP
33 East Main Street Suite 201
Madison, WI 53703-3095
ANero@perkinscoie.com

Brandon M. White
Christopher D. Jones
Perkins Coie LLP
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
BMWhite@perkinscoie.com
CDJones@perkinscoie.com

52934901.1

| | |
|---|---|
| Dated: August 28, 2024 | **SAUL EWING LLP** |
| | |
| | /s/ Michelle C. Streifthau-Livizos |
| OF COUNSEL: | James D. Taylor, Jr. (#4009) |
| | Jessica M. Jones (#6246) |
| Chad J. Peterman | Michelle C. Streifthau-Livizos (#6584) |
| Eric W. Dittmann | 1201 N. Market Street, Suite 2300 |
| Bruce M. Wexler | Wilmington, DE 19899 |
| Ashley N. Mays-Williams | (302) 421-6800 |
| Scott F. Peachman | james.taylor@saul.com |
| Katherine A. Daniel | jessica.jones@saul.com |
| Krystina L. Ho | michelle.streifthau-livizos@saul.com |
| Amanda E. Hoffman | |
| PAUL HASTINGS LLP | *Attorneys for Plaintiffs AbbVie Inc.* |
| 200 Park Avenue | *and Genentech, Inc.* |
| New York, New York 10166 | |
| (212) 318-6000 | |
| chadpeterman@paulhastings.com | |
| ericdittmann@paulhastings.com | |
| brucewexler@paulhastings.com | |
| ashleymayswilliams@paulhastings.com | |
| scottpeachman@paulhastings.com | |
| katherinedaniel@paulhastings.com | |
| krystinaho@paulhastings.com | |
| amandahoffman@paulhastings.com | |

52934901.1