IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 20-968 (MSG) |
| DR. REDDY'S LABORATORIES, LTD., *et al.*, | ) |
| | ) |
| | ) **CONSOLIDATED** |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this 28th day of August 2024, Plaintiffs AbbVie Inc. and Genentech, Inc. served *Plaintiffs' Third Set of Interrogatories (Nos. 13-15)* and *Plaintiffs' First Set of Requests for Admissions (Nos. 1-7)* directed to Defendants Alembic Pharmaceuticals Ltd., Alembic Pharmaceuticals, Inc., and Alembic Global Holding SA upon counsel as follows:

| | |
|---|---|
| Anne Shea Gaza<br>Samantha G. Wilson<br>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com | Dennies Varughese, Pharm.D.<br>Adam C. LaRock<br>Grace Tuyiringire<br>Sasha S. Rao<br>Sterne, Kessler, Goldstein<br>& Fox P.L.L.C.<br>1101 K Street, N.W.<br>10th Floor<br>Washington, D.C. 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>alarock@sternekessler.com<br>gtuyiringire@sternekessler.com<br>SRao@sternekessler.com |

52934942.1

| | |
|---|---|
| Dated: August 28, 2024 | **SAUL EWING LLP** |
| | |
| | _/s/ Michelle C. Streifthau-Livizos_ |
| OF COUNSEL: | James D. Taylor, Jr. (#4009) |
| | Jessica M. Jones (#6246) |
| Chad J. Peterman | Michelle C. Streifthau-Livizos (#6584) |
| Eric W. Dittmann | 1201 N. Market Street, Suite 2300 |
| Bruce M. Wexler | Wilmington, DE 19899 |
| Ashley N. Mays-Williams | (302) 421-6800 |
| Scott F. Peachman | james.taylor@saul.com |
| Katherine A. Daniel | jessica.jones@saul.com |
| Krystina L. Ho | michelle.streifthau-livizos@saul.com |
| Amanda E. Hoffman | |
| PAUL HASTINGS LLP | _Attorneys for Plaintiffs AbbVie Inc._ |
| 200 Park Avenue | _and Genentech, Inc._ |
| New York, New York  10166 | |
| (212) 318-6000 | |
| chadpeterman@paulhastings.com | |
| ericdittmann@paulhastings.com | |
| brucewexler@paulhastings.com | |
| ashleymayswilliams@paulhastings.com | |
| scottpeachman@paulhastings.com | |
| katherinedaniel@paulhastings.com | |
| krystinaho@paulhastings.com | |
| amandahoffman@paulhastings.com | |

52934942.1