## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBVIE INC. and GENENTECH, INC., | ) ) ) | C.A. No. 20-968-MSG (consolidated) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DR. REDDY'S LABORATORIES, LTD., and DR. REDDY'S LABORATORIES, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

### <u>NOTICE</u>

A Status Conference is scheduled for **Thursday, September 12, 2024** at **2:00 p.m.** The conference will be conducted via telephone and on the record.  Counsel are directed to dial in as follows: (1) Call:  <u>888-684-8852</u>; (2) Enter access code:  <u>2187450#</u>;  (3) Press <u>#</u> to enter as a participant.

*s/Sheila McCurry*

SHEILA MCCURRY
COURTROOM DEPUTY
MITCHELL S. GOLDBERG
U.S. CHIEF DISTRICT JUDGE

**DATE:** August 28, 2024