## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. *et al.*, ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 20-968 (MSG) |
| ) | **CONSOLIDATED** |
| v. ) | |
| ) | |
| DR. REDDY'S LABORATORIES, LTD., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

### PLAINTIFFS ABBVIE INC. AND GENENTECH, INC.'S
### NOTICE OF DEPOSITION OF SMITI KUMAR

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs AbbVie Inc. and Genentech, Inc. (collectively, "Plaintiffs") by its attorneys, will take the deposition upon oral examination of Smiti Kumar.

The deposition will commence at a mutually agreed upon date and time, at the offices of Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, or at such other time and place as may be mutually agreed upon by the parties and will continue from day-to-day until completed. The deposition will be conducted before a notary public or other officer duly authorized by law to administer oaths and will be recorded by videographic, stenographic, audio, and/or audiovisual means. Dr. Reddy's Laboratories is invited to attend and cross-examine.

1

Date: September 3, 2024

| | |
|---|---|
| OF COUNSEL: | SAUL EWING LLP |
| Chad J. Peterman<br>Eric W. Dittmann<br>Bruce M. Wexler<br>Scott F. Peachman<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, NY  10166<br>(212) 318-6000<br>chadpeterman@paulhastings.com<br>ericdittmann@paulhastings.com<br>brucewexler@paulhastings.com<br>scottpeachman@paulhastings.com | /s/ *Michelle C. Streifthau-Livizos*<br>James D. Taylor, Jr. (#4009)<br>Jessica M. Jones (#6246)<br>Michelle C. Streifthau-Livizos (#6584)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, Delaware 19899<br>(302) 421-6800<br>james.taylor@saul.com<br>jessica.jones@saul.com<br>michelle.streifthau-livizos@saul.com<br><br>*Attorneys for Plaintiffs AbbVie Inc. and Genentech, Inc.* |