IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. and GENENTECH, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD., and DR. REDDY'S LABORATORIES, INC., et al., <br><br>  Defendants. | C.A. No. 20-968-MSG <br> (consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 6, 2024, the following was served on the counsel listed below in the manner indicated:

1) Alembic's Objections and Responses to Plaintiffs' Notice of Deposition Pursuant to Fed. R. Civ.P. 30(b)(6).

**BY EMAIL:**

James D. Taylor, Jr.
Jessica M. Jones
Michelle C. Streifthau-Livizos
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
Wilmington, Delaware 19899
james.taylor@saul.com
jessica.jones@saul.com
michelle.streifthau-Livizos@saul.com

*Attorneys for Plaintiffs AbbVie Inc. and Genentech, Inc.*

Chad J. Peterman
Eric W. Dittmann
Bruce M. Wexler
Ashley N. Mays-Williams
Krystina L. Ho
Scott F. Peachman
Amanda Hoffman
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
chadpeterman@paulhastings.com
ericdittmann@paulhastings.com
brucewexler@paulhastings.com
ashleymayswilliams@paulhastings.com
krystinaho@paulhastings.com
scottpeachman@paulhastings.com
amandahoffman@paulhastings.com

PLEASE TAKE FURTHER NOTICE that on September 6, 2024, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

Dated: September 6, 2024

OF COUNSEL:

Dennies Varughese, Pharm.D.
Adam C. LaRock
Sasha S. Rao
Tyler C. Liu
Paige Cloud
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600
dvarughese@sternekessler.com
alarock@sternekessler.com
srao@sternekessler.com
tliu@sternekessler.com
pcloud@sternekessler.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendants/Counterclaim Plaintiffs Alembic Pharmaceuticals Ltd., Alembic Pharmaceuticals, Inc., and Alembic Global Holding SA*