# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. and GENENTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD., and <br> DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | C.A. No. 20-00968-MSG |

## ORDER

**AND NOW**, this 12th day of September 2024, following an on-the-record status conference, it is hereby **ORDERED** that counsel shall meet and confer and shall jointly file a proposed scheduling order for the Court's consideration by **September 27, 2024.** This order shall include the dates for the final pre-trial order, the pre-trial conference, trial, and the parties' modified plan to simplify this matter (narrowing of claims) as discussed in the conference. Additionally, it is **ORDERED** that the final pre-trial order shall contained the parties' understanding of this case's preclusive effect on claims asserted in the complaint, but not litigated at trial.

                                           */s/ Mitchell S. Goldberg*
                                           MITCHELL S. GOLDBERG
                                           UNITED STATES DISTRICT JUDGE