IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. and GENENTECH, INC. ) <br>  ) <br>     *Plaintiffs/Counterclaim Defendants*, ) <br>  ) <br> v. ) <br>  ) <br> ALEMBIC PHARMACEUTICALS LTD., *et al*, ) <br>  ) <br>     *Defendants/Counterclaim Plaintiffs*. ) <br>  ) | C.A. No. 20-0968-MSG <br><br> CONSOLIDATED <br><br> (Underlying Action: C.A. No. 20-1009-MSG) |

## STIPULATION AND ORDER

The Court, upon the consent and request of Plaintiffs AbbVie Inc. and Genentech, Inc., (collectively "Plaintiffs"), and Alembic Pharmaceuticals Ltd., Alembic Pharmaceuticals, Inc., and Alembic Global Holding SA (collectively "Alembic" or "Defendants"), hereby acknowledges the following Stipulation and issues the following Order in the above-captioned action.

## STIPULATION

1. This Court has subject matter jurisdiction over this patent infringement action (the "Action") and personal jurisdiction over Plaintiffs and Alembic for purposes of the Action. Venue is proper in this Court as to Plaintiffs and Alembic for the Action.

2. In the Action, Plaintiffs have asserted claims against Alembic for infringement of U.S. Patent Nos. 10,993,942 (the "'942 Patent"), 11,110,087 (the "'087 Patent"), 11,369,599 (the "'599 Patent"), and 11,590,128 (the "'128 Patent") (collectively, the "Patents-in-Suit") in connection with Alembic's submission of Abbreviated New Drug Application ("ANDA") 214747 directed to a generic venetoclax tablet products (10 mg, 50 mg, and 100 mg) to the U.S. Food and Drug Administration ("FDA").

1

3.  In the Action, Alembic has asserted counterclaims of invalidity and noninfringement as to the '942 Patent, the '087 Patent, the '599 Patent, and the '128 Patent in connection with Alembic's submission of ANDA 214747 directed to a generic venetoclax tablet products (10 mg, 50 mg, and 100 mg) to the FDA.

4.  Alembic admits that the '942 Patent, the '087 Patent, the '599 Patent, and the '128 Patent are enforceable, valid, and would be infringed by the commercial manufacture, use, and/or sale within the United States of the generic venetoclax tablet products (10 mg, 50 mg, and 100 mg) that are the subject of Alembic's ANDA 214747.

5.  Alembic admits that the submission of ANDA 214747 to the FDA for purposes of obtaining regulatory approval to engage in the commercial manufacture, use, and/or sale within the United States of the generic venetoclax tablet products (10 mg, 50 mg, and 100 mg) was an act of infringement of each of the '942 Patent, the '087 Patent, the '599 Patent, and the '128 Patent under 35 U.S.C. § 271(e)(2)(A).

6.  The parties agree that all other claims, counterclaims, and defenses asserted against each other in Plaintiffs' and Alembic's pleadings in the Action, including the allegations and averments contained therein, should be dismissed, without prejudice.

## ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Alembic, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.  The filing of ANDA 214747 was a technical act of infringement of the '942 Patent, the '087 Patent, the '599 Patent, and the '128 Patent under 35 U.S.C. § 271(e)(2)(A).

2. All other claims, counterclaims, and defenses asserted by the parties against each other in Plaintiffs' and Alembic's pleadings in the Action, including the allegations and averments contained therein are hereby dismissed, without prejudice.

3. Alembic, its officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, the generic venetoclax tablet products (10 mg, 50 mg, and 100 mg) described by ANDA 214747 during the life of the '942 Patent, the '087 Patent, the '599 Patent, and the '128 Patent including any extensions and pediatric exclusivities thereof, absent a license agreement or other authorization by Plaintiffs.

4. Plaintiffs and Alembic each expressly waive any right to appeal or otherwise move for relief from this Stipulation And Order.

5. This Court retains jurisdiction over Plaintiffs and Alembic for purposes of enforcing this Stipulation And Order.

6. This Stipulation And Order shall finally resolve the Action between Plaintiffs and Alembic.

7. This Stipulation And Order is without prejudice to any claim, defense, or counterclaim in any possible future action between Alembic and any of the Plaintiffs regarding the '942 Patent, the '087 Patent, the '599 Patent, and the '128 Patent and a product other than a generic venetoclax tablet products (10 mg, 50 mg, and 100 mg) described by ANDA 214747 .

8. The Clerk of the Court is directed to enter this Stipulation And Order forthwith in the Action.

| | |
|---|---|
| **SAUL EWING LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| */s/ Michelle C. Streifthau-Livizos* <br> James D. Taylor, Jr. (#4009) <br> Jessica M. Jones (#6246) <br> Michelle C. Streifthau-Livizos (#6584) <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, Delaware 19899 <br> (302) 421-6800 <br> james.taylor@saul.com <br> jessica.jones@saul.com <br> michelle.strefthau-livizos@saul.com <br><br> *Attorneys for Plaintiffs AbbVie Inc. and Genentech, Inc.* <br><br> Date:  September 19, 2024 | */s/ Anne Shea Gaza* <br> Anne Shea Gaza (No. 4093) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for Defendants Alembic Pharmaceuticals Ltd., Alembic Pharmaceuticals, Inc., and Alembic Global Holding SA* |

**SO ORDERED:**

This 23rd day of September, 2024

                                                */s/ Mitchell S. Goldberg* <br>
                                                UNITED STATES DISTRICT JUDGE