IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBVIE INC. and GENENTECH, INC. | ) | |
| | ) | |
| *Plaintiffs*, | ) | C.A. No. 20-968-MSG |
| | ) | |
| v. | ) | CONSOLIDATED |
| | ) | |
| DR. REDDY'S LABORATORIES, LTD., *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**STIPULATION AND ORDER OF EXTENSION OF TIME**

The Court, upon the consent and request of Plaintiffs AbbVie Inc. and Genentech, Inc., (collectively "Plaintiffs"), and Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL" or "Defendants"), by their respective undersigned attorneys, hereby stipulate and agree, subject to the approval of the Court, as follows:

**WHEREAS,** on September 12, 2024, the Court ordered the Parties to file a joint proposed scheduling order by September 27, 2024 (D.I. 263);

**WHEREAS,** the Parties are working in good faith toward creating a joint scheduling order but need additional time to do so;

**WHEREAS,** the Parties have met and conferred and agree to a one-week extension to submit the joint scheduling order to the Court;

**NOW, THEREFORE,** the Parties, by their undersigned counsel, hereby stipulate and agree to submit the joint scheduling order to the Court no later than October 4, 2024.

1

Dated: September 27, 2024

| | |
|---|---|
| SAUL EWING LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| */s/ Michelle C. Streifthau-Livizos* | */s/  Daniel A. Taylor* |
| James D. Taylor, Jr. (No. 4009) | Neal C. Belgam (No. 2721) |
| Jessica M. Jones (No. 6246) | Daniel A. Taylor (No. 6934) |
| Michelle C. Streifthau-Livizos (#6584) | 1000 West Street, Suite 1501 |
| 1201 N. Market Street, Suite 2300 | Wilmington, DE 19801 |
| Wilmington, Delaware 19899 | (302) 652-8400 |
| (302) 421-6800 | nbelgam@skjlaw.com |
| james.taylor@saul.com | dtaylor@skjlaw.com |
| jessica.jones@saul.com | |
| michelle.strefthau-livizos@saul.com | *Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.* |
| *Attorneys for Plaintiffs AbbVie Inc. and Genentech, Inc.* | |

**SO ORDERED:**

This 30th day of September, 2024

*/s/ Mitchell S. Goldberg*
HONORABLE MITCHELL S. GOLDBERG
UNITED STATES DISTRICT JUDGE