# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. *et al.*, <br><br> Defendants. | C.A. No. 20-968-MSG <br> (CONSOLIDATED) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on October 11, 2024, Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL") served their Confidential, (1) Objections and Responses to Plaintiffs' 1st Set of Requests for Admission (Nos. 1-25); and (2) Objections and Responses to Plaintiffs' 4th Set of Interrogatories (Nos. 14-15) on the following counsel for Plaintiffs via electronic mail:

James D. Taylor, Jr.
Jessica M. Jones
Michelle C. Streifthau-Livizos
**SAUL EWING ARSTEIN & LEHR LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
James.Taylor@saul.com
Jessica.Jones@saul.com
Michelle.Streifthau-Livizos@saul.com

Andrea P. Brockway
**SAUL EWING ARSTEIN & LEHR LLP**
1500 Market Street, 38th Floor
Philadelphia, PA 19102
andrea.brockway@saul.com

Bruce M. Wexler
Eric W. Dittmann
Scott F. Peachman
Chad J. Peterman
Ashley N. Mays-Williams
Krystina L. Ho
Katherine A. Daniel
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
brucewexler@paulhastings.com
ericdittmann@paulhastings.com
scottpeachman@paulhastings.com
chadpeterman@paulhastings.com
ashleymayswilliams@paulhastings.com
krystinaho@paulhastings.com
katherinedaniel@paulhastings.com

Dated: October 11, 2024                    **SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd., and Dr. Reddy's Laboratories, Inc.*