**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ABBVIE INC. *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>DR. REDDY'S LABORATORIES, LTD., *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 20-968 (MSG)<br>)<br>)<br>) **CONSOLIDATED**<br>)<br>)<br>) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on this 11th day of October 2024, Plaintiffs AbbVie Inc. and Genentech, Inc. served *Plaintiffs' Supplemental Responses to Defendants' First Set of Joint Interrogatories Nos. 2, 3, and 6, Plaintiffs' Supplemental Objections and Responses to Dr. Reddy's First Set of Interrogatories (No. 1) Plaintiffs' Second Supplemental Objections and Responses to Defendant's First Set of Joint Interrogatories (No. 1)* and *Plaintiffs' Supplemental Objections and Responses top Defendants' Notice of Rule 30(b)(6) Deposition of Plaintiff (Topic 30)* upon counsel as follows:

Neal C. Belgam
Daniel A. Taylor
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Constance S. Huttner
Anandita Vyakarnam
Amlan Ray
Windels Marx Lane & Mittendorf, LLP
One Giralda Farms, Suite 100

Autumn N. Nero
Perkins Coie LLP
33 East Main Street Suite 201
Madison, WI 53703-3095
ANero@perkinscoie.com

Brandon M. White
Christopher D. Jones
Perkins Coie LLP
700 13th Street, NW, Suite 800
Washington, D.C. 20005-3960
BMWhite@perkinscoie.com
CDJones@perkinscoie.com

53195680.1

Madison, NJ 07940
(973) 966-3200
chuttner@windelsmarx.com
avyakarnam@windelsmarx.com
aray@windelmarx.com

Dated: October 11, 2024

OF COUNSEL:

Chad J. Peterman
Bruce M. Wexler
Scott F. Peachman
PAUL HASTINGS LLP
200 Park Avenue
New York, New York  10166
(212) 318-6000
chadpeterman@paulhastings.com
brucewexler@paulhastings.com
scottpeachman@paulhastings.com

**SAUL EWING LLP**

*/s/ Michelle C. Streifthau-Livizos*
James D. Taylor, Jr. (#4009)
Jessica M. Jones (#6246)
Michelle C. Streifthau-Livizos (#6584)
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
(302) 421-6800
james.taylor@saul.com
jessica.jones@saul.com
michelle.streifthau-livizos@saul.com

*Attorneys for Plaintiffs AbbVie Inc.
and Genentech, Inc.*

53195680.1