IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. and GENENTECH, INC. ) | |
| ) | |
| *Plaintiffs*, ) | C.A. No. 20-968-MSG |
| ) | |
| v. ) | CONSOLIDATED |
| ) | |
| DR. REDDY'S LABORATORIES, LTD., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFF'S PRELIMINARY NARROWING OF ASSERTED CLAIMS**

Pursuant to the Court's June 7, 2024 Amended Scheduling Order (D.I. 239) and the pending Stipulation and Proposed Amended Scheduling Order (D.I. 270), Plaintiffs AbbVie Inc. and Genentech, Inc., (collectively "Plaintiffs") hereby identify their preliminary claim selection of no more than thirty-five (35) asserted claims to Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL" or "Defendants").

This claim selection is based upon information that is reasonably available to Plaintiffs at the present time. Plaintiffs reserve the right to supplement or amend this claim selection based on additional evidence discovered during expert discovery.

Based on the information presently available to Plaintiffs, including DRL's production of its current proposed labeling and patent certifications, Plaintiffs assert the following claims against DRL for infringement in connection with DRL's submission of Abbreviated New Drug Application ("ANDA") No. 214733 directed to generic venetoclax tablet products (10 mg, 50 mg, and 100 mg) to the U.S. Food and Drug Administration ("FDA"):

| U.S. Patent No. | Asserted Claims |
|---|---|
| 11,110,087 | 1, 4, 8-9, 14, 18-21, 23, and 25-26. |
| 11,590,128 | 1, 4, and 5. |
| 11,369,599 | 6, 8-9, 11, 13, 18, 21-22, 25, 27, 30-31, 33-36, 41, and 43-45. |

Pursuant to the Joint Stipulation of Infringement and Proposed Order Regarding U.S. Patent Nos. 11,110,087 and 11,369,599 (D.I. 271), Defendants have stipulated to infringement of each of these asserted claims of U.S. Patent Nos. 11,110,087 and 11,369,599.

Nothing in this selection of these asserted claims shall be construed to waive any rights or objections that otherwise may be available to Plaintiffs. Plaintiffs reserve the right to amend or supplement this selection of asserted claims as discovery proceeds, as additional information is gathered, or if Defendants amend their ANDA submission. Plaintiffs further reserve the right to assert any of the non-selected claims in a different proceeding involving a different ANDA submission from Defendants, including the right to file a different action against Defendants for their patent infringement of the non-selected claims, including claims of U.S. Patent Nos. 10,993,942.

Dated: October 24, 2024

| OF COUNSEL: | SAUL EWING LLP |
|---|---|
| Chad J. Peterman<br>Eric W. Dittmann<br>Bruce M. Wexler<br>Scott F. Peachman<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 318-6000<br><br>*Attorneys for Plaintiffs AbbVie Inc. and Genentech, Inc* | */s/ Michelle C. Streifthau-Livizos*<br>_____<br><br>James D. Taylor, Jr.<br>Jessica M. Jones<br>Michelle C. Streifthau-Livizos<br>1201 N. Market Street<br>Suite 2300<br>Wilmington, DE 19899<br>(302) 658-9200<br>james.taylor@saul.com<br>jessica.jones@saul.com<br>michelle.streifthau-Livizos@saul.com |