IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. and GENENTECH, INC.           ) | |
|       *Plaintiffs*,                                              ) | C.A. No. 20-968-MSG |
|       v.                                                             ) | CONSOLIDATED |
| DR. REDDY'S LABORATORIES, LTD., *et al.*,   ) | |
|       *Defendants*.                                         ) | |

**STIPULATION OF INFRINGEMENT AND ORDER REGARDING
U.S. PATENT NOS. 11,110,087 AND 11,369,599**

Plaintiffs AbbVie Inc. and Genentech, Inc., (collectively "Plaintiffs"), and Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL" or "Defendants"), by their respective undersigned attorneys, hereby stipulate and agree, subject to the approval of the Court, as follows:

**WHEREAS,** Plaintiffs have asserted claims against DRL for infringement of U.S. Patent Nos. 10,993,942 ("the '942 Patent"), 11,110,087 ("the '087 Patent"), 11,369,599 ("the '599 Patent"), and 11,590,128 ("the '128 Patent") (collectively, the "Patents-in-Suit") in connection with DRL's submission of Abbreviated New Drug Application ("ANDA") No. 214733 directed to generic venetoclax tablet products (10 mg, 50 mg, and 100 mg) to the U.S. Food and Drug Administration ("FDA") (D.I. 76; DI. 140; D.I. 188);

**WHEREAS**, Plaintiffs have asserted claims 1-4, 8-14, and 18-26 of the '087 Patent (the "Asserted Claims of the '087 Patent") and claims 5-22, 24-27, and 30-54 of the '599 Patent (the "Asserted Claims of the '599 Patent") (collectively, the "Asserted Claims of the '087 and '599 Patents") against DRL;

1

**WHEREAS**, Plaintiffs filed five deposition notices under Fed. R. Civ. P. 30(b)(1) related to individuals employed by or associated with DRL (D.I. Nos. 231, 258, 259, 260, 261);

**WHEREAS**, Plaintiffs filed a notice of deposition notice under Fed. R. Civ. P. 30(b)(6) to DRL (D.I. 229);

**WHEREAS,** the parties are interested in narrowing the issues before the Court and in limiting the attendant burden and expense of such issues;

**NOW, THEREFORE,** the parties, by their undersigned counsel, hereby stipulate and agree, for the purposes of this action only, as follows:

1. DRL's submission of ANDA No. 214733 constitutes infringement of the Asserted Claims of the '087 and '599 Patents pursuant to 35 U.S.C. § 271(e)(2)(A).

2. The commercial sale, offer for sale, use, and/or manufacture within the United States and/or importation into the United States by DRL of any product covered by ANDA No. 214733 would constitute an act of infringement of each Asserted Claim of the '599 Patent under one or more of 35 U.S.C. § 271(a), (b), and/or (c), unless such Asserted Claim of the '599 Patent is determined to be invalid or unenforceable.

3. The commercial sale, offer for sale, or use within the United States by DRL of any product covered by ANDA No. 214733 would constitute an act of infringement of each Asserted Claim of the '087 Patent under one or more of 35 U.S.C. § 271(a), (b), and/or (c), unless such Asserted Claim of the '087 Patent is determined to be invalid or unenforceable.

4. By entering into this stipulation, DRL does not waive any invalidity defenses for the Asserted Claims of the '087 and '599 Patents. This stipulation does not relate to, dismiss, or in any way affect DRL's invalidity challenges to the Asserted Claims of the '087 and '599 Patents or Plaintiffs' defense of such invalidity challenges.

5. DRL reserves all rights to appeal any decision of this Court with respect to issues other than noninfringement of the Asserted Claims of the '087 and '599 Patents, but will not appeal any decision with respect to infringement of the Asserted Claims of the '087 and '599 Patents.

6. Plaintiffs agree to forgo the deposition notices previously filed under Fed. R. Civ. P. 30(b)(1) in this Action (D.I. Nos. 231, 258, 259, 260, 261).

7. Plaintiffs agree to forgo depositions on topic numbers 1-2, 5-16, and 18-25 in Plaintiffs' Rule 30(b)(6) deposition notice to DRL (D.I. 229).

8. DRL agrees that Plaintiffs have complied with their obligations to provide witnesses for the Fed. R. Civ. P. 30(b)(1) and 30(b)(6) depositions noticed by DRL in this Action (including D.I. Nos. 216-226, 233), and DRL is forgoing any additional depositions.

9. This stipulation does not relate to, dismiss, or in any way affect any claims or defenses asserted in this Action directed to the '942 Patent and '128 Patent, which remain in suit.

Dated: October 4, 2024

| | |
|---|---|
| SAUL EWING LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| */s/ Michelle C. Streifthau-Livizos* | */s/ Daniel A. Taylor* |
| James D. Taylor, Jr. (No. 4009) | Neal C. Belgam (No. 2721) |
| Jessica M. Jones (No. 6246) | Daniel A. Taylor (No. 6934) |
| Michelle C. Streifthau-Livizos (#6584) | 1000 West Street, Suite 1501 |
| 1201 N. Market Street, Suite 2300 | Wilmington, DE 19801 |
| Wilmington, Delaware 19899 | (302) 652-8400 |
| (302) 421-6800 | nbelgam@skjlaw.com |
| james.taylor@saul.com | dtaylor@skjlaw.com |
| jessica.jones@saul.com | |
| michelle.strefthau-livizos@saul.com | *Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.* |
| *Attorneys for Plaintiffs AbbVie Inc. and Genentech, Inc.* | |

**SO ORDERED:**

This 28th day of October, 2024

                                         */s/ Mitchell S. Goldberg*
                                         HONORABLE MITCHELL S. GOLDBERG
                                         UNITED STATES DISTRICT JUDGE