# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC. *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DR. REDDY'S LABORATORIES, LTD. *et al.*,<br><br>    Defendants. | C.A. No. 20-968-MSG<br>(CONSOLIDATED) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on October 31, 2024, Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL") served their Preliminary Narrowing of Invalidity Defenses on the following counsel for Plaintiffs via electronic mail:

James D. Taylor, Jr.
Jessica M. Jones
Michelle C. Streifthau-Livizos
**SAUL EWING ARSTEIN & LEHR LLP**
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
James.Taylor@saul.com
Jessica.Jones@saul.com
Michelle.Streifthau-Livizos@saul.com

Andrea P. Brockway
**SAUL EWING ARSTEIN & LEHR LLP**
1500 Market Street, 38th Floor
Philadelphia, PA 19102
andrea.brockway@saul.com

Bruce M. Wexler<br>
Eric W. Dittmann<br>
Scott F. Peachman<br>
Chad J. Peterman<br>
Ashley N. Mays-Williams<br>
Krystina L. Ho<br>
Katherine A. Daniel<br>
**PAUL HASTINGS LLP**<br>
200 Park Avenue<br>
New York, NY 10166<br>
brucewexler@paulhastings.com<br>
ericdittmann@paulhastings.com<br>
scottpeachman@paulhastings.com<br>
chadpeterman@paulhastings.com<br>
ashleymayswilliams@paulhastings.com<br>
krystinaho@paulhastings.com<br>
katherinedaniel@paulhastings.com<br>

Dated: October 31, 2024                    **SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd., and Dr. Reddy's Laboratories, Inc.*