**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ABBVIE INC. and GENENTECH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | C.A. No. 20-968-MSG |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Bryan D. Beel, Sara Serag, and Brandon M. Lewis of Perkins Coie LLP to represent Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. in the above-captioned matter.

Dated: September 30, 2024

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Ltd., and Dr. Reddy's Laboratories, Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admissions *Pro Hac Vice* of Bryan D. Beel, Sara Serag, and Brandon M. Lewis is GRANTED.

Dated: November 14, 2024

                                                  *s/Mitchell S. Goldberg*
                                                  United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State Oregon, the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. District Court for the District of Oregon. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: September 30, 2024

*/s/ Bryan D. Beel*
Bryan D. Beel
PERKINS COIE LLP
1120 NW Couch Street
Portland, OR 97209
Telephone: (503) 727-2116
bbeel@perkinscoie.com

3

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and the U.S. Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: September 30, 2024

*/s/ Sara Serag*
Sara Serag
PERKINS COIE LLP
11452 El Camino Real; Suite 300
San Diego, CA 92130
Telephone: (858) 720-5700
sserag@perkinscoie.com

4

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin, the U.S. District Court for the Western District of Wisconsin, and the U.S. Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  September 30, 2024

*/s/ Brandon M. Lewis*
Brandon M. Lewis
PERKINS COIE LLP
33 East Main Street; Suite 201
Madison, WI 53703
Telephone: (608) 663-7460
blewis@perkinscoie.com